CAROLINA POWER & LIGHT COMPANY v. MERRIMACK MUTUAL FIRE INSURANCE COMPANY ET AL.

(Filed 28 April, 1954.)

**Appeal and Error § 43—**

Where the Supreme Court is evenly divided in opinion as to the points raised as grounds for rehearing, one Justice not sitting, the petition will be denied.

ON PETITION to rehear case on appeal, and reconsider opinion reported in 238 N.C. 680, 79 S.E. 2d 167.

*A. A. Bunn, Kittrell & Kittrell, Perry & Kittrell, E. S. DeLaney, Jr., Charles F. Rouse, and A. Y. Arledge for plaintiff appellant.*

*Murray Allen, R. P. Upchurch, Gholson & Gholson, and William T. Joyner for defendants appellees.*

PER CURIAM. The Court, one member, *Parker, J.,* not sitting, being evenly divided in opinion as to points raised as grounds for rehearing, the opinion reported as above shown will stand as written, in accordance with the usual practice in such cases, and the petition will be, and it is hereby

Denied.